```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
 UNITED STATES OF AMERICA

         -against-                          21-CR-412 (JSR)

 JEVAUN CHARLES,                            ORDER

         Defendant.
------------------------------------
```

JED S. RAKOFF, U.S.D.J.

On February 2, 2024, defendant Jevaun Charles filed a <u>pro se</u> motion for a sentence reduction based upon Amendment 821 to the Sentencing Guidelines. <u>See</u> ECF No. 332. The Court re-appointed counsel to file a supplemental motion on Mr. Charles' behalf; however, both re-appointed counsel and probation agree that Mr. Charles is not entitled to a sentence reduction under Amendment 821. <u>See</u> 4/10/24 Mot., ECF No. 347; Suppl. Presentence Investigation Report, ECF No. 341. Re-appointed counsel also requested to be relieved as counsel. 4/10/24 Mot., at 2. The Court accordingly denies Mr. Charles' motion for a sentence reduction and relieves Donna R. Newman as counsel. The Clerk of Court is respectfully directed to close docket entry numbers 332 and 347.

SO ORDERED.

Dated:   New York, NY

         April 1̲1̲, 2024

_____
JED S. RAKOFF, U.S.D.J.

1